**Dismiss and Opinion Filed June 11, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-01553-CV**

**GERALLYNN LONGINO, Appellant**

**V.**

**WILLIAM EGAN, HELGA EGAN, AND COLLIN COUNTY CONSTABLE PRECINCT 3, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04279-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

On February 4, 2013, the Court ordered appellant Gerallynn Longino to pay the $175 filing fee and to pay, or make arrangements to pay, for the clerk's and reporter's record. Longino was ordered to comply within ten days of the date of the order. The clerk's record was filed February 8, 2013, suggesting payment of the clerk's record. However, neither the filing fee nor the reporter's record fee was timely paid. By letter dated March 1, 2013, the Court again directed Longino to pay the filing fee and to pay, or make arrangements to pay, for the reporter's record. Longino was cautioned that failure to pay for the reporter's record, within ten days, would result in the appeal being submitted without it; failure to pay the filing fee, within ten

days, would result in dismissal of the appeal without further notice.  To date, appellant has not

paid the filing fee.  Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c).


121553F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GERALLYNN LONGINO, Appellant

No. 05-12-01553-CV        V.

WILLIAM EGAN, HELGA EGAN, AND
COLLIN COUNTY CONSTABLE
PRECINCT 3, Appellees

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-04279-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.


     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
     We **ORDER** that appellee William Egan, Helga Egan, and Collin County Constable
Precinct 3 recover their costs, if any, of this appeal from appellant Gerallynn Longino.


Judgment entered June 11, 2013


/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE